## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| **SAMY JIMENEZ RAVELO,** | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **EP-26-CV-01892-DB** |
| | § | |
| **MARY DE ANDA-YBARRA**, | § | |
| Acting/Director of El Paso Field Office, | § | |
| U.S. Immigration and Customs | § | |
| Enforcement, *et al.*, | § | |
| **Respondents.** | § | |

## ORDER

On this day, the Court considered the above captioned case. On July 13, 2026, Petitioner Samy Jimenez Ravelo ("Petitioner") filed a "Petition for Writ of Habeas Corpus" ("Petition"), ECF No. 1. Therein, Petitioner argues her detention is unlawful and asks the Court to order her immediate release or a bond hearing. ECF No. 1 at 10. However, before the Court can consider the merits of the Petition, further clarification is needed regarding Petitioner's claim for relief, and how the elements of said claim are met based on the facts and circumstances surrounding Petitioner's detention and her life in the United States.[1]

---

[1] The Court emphasizes to Counsel that habeas petitions filed by an attorney are not afforded the same liberal construction as those filed by *pro se* petitioners. If Petitioner seeks to raise a procedural due process claim, Counsel should take care to brief how each prong of the three-part test set forth in *Mathews v. Eldridge*, 424 U.S. 319 (1976) is met. Similarly, if Petitioner wishes to raise a substantive due process claim, Counsel should brief how the tests used to determine reasonability of detention are met. *See Rodriguez v. Frink*, 823 F. Supp. 3d 678, 686–87 (S.D. Tex. 2026) (outlining the two tests used to examine reasonability in the context of immigration detention). Here, the Petition does neither. In the interest of preserving judicial resources and the efficient management of the Court's docket as it faces unprecedented volume, the Court will not order action from any named respondents unless and until Petitioner complies with the instant order.

Accordingly, **IT IS HEREBY ORDERED** Petitioner **SHALL FILE** an amended Petition properly briefing Petitioner's due process claim **no later than July 22, 2026**.

**SIGNED** this **15th** day of **July 2026**.

_____
**THE HONORABLE DAVID BRIONES**
**SENIOR UNITED STATES DISTRICT JUDGE**

2